CSD 1162 [08/22/03]

Name, Address, Telephone No. & I.D. No.

Eddie R. Jimenez     CA SBN 231239
Chad L. Butler     CA SBN 270888
Gabriel Ozel     CA SBN 269098

PITE DUNCAN, LLP
4375 Jutland Drive, Suite 200
P.O. Box 17933
San Diego, CA 92177-0933
TELEPHONE: (858) 750-7600
FACSIMILE: (619) 590-1385

Order Entered on August 22, 2011 by Clerk U.S. Bankruptcy Court Southern District of California

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA
325 West "F" Street, San Diego, California 92101-6991

In Re
Ryan Paul McCammond and Sommer Erin-Myers McCammond

Debtor.

BANKRUPTCY NO. 11-07520-PB7

Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB

Moving Party

RS NO. PD-1

Ryan Paul McCammond and Sommer Erin-Myers
Ronald E. Stadtmueller    Trustee    et al.

Respondent(s)

## ORDER ON NONCONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY
☑ REAL PROPERTY     ☐ PERSONAL PROPERTY

IT IS ORDERED THAT the relief sought as set forth on the continuation pages attached and numbered two (2) through __2__ with exhibits, if any, for a total of __3__ pages, is granted. Motion Docket Entry No. __19__

//
//
//
//

DATED: August 19, 2011

Signature by the attorney constitutes a certification under Fed. R. of Bankr. P. 9011 that the relief in the order is the relief granted by the court.

Judge, United States Bankruptcy Court

Submitted by:

PITE DUNCAN, LLP
(Firm name)

By: /s/ Chad L. Butler CA SBN 270888
Attorney for Movant

CSD 1162

ORDER ON NON-CONTESTED MOTION FOR RELIEF FROM AUTOMATIC STAY ON REAL OR PERSONAL PROPERTY
DEBTOR: Ryan Paul McCammond and Sommer Erin-Myers McCammond          CASE NO: 11-07520-PB7
                                                                      RS NO.:   PD-1

The Motion of Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB,

("Movant"), for relief from the automatic stay having been filed with the above-entitled court on July 27, 2011, and

The Notice of Filing of a Motion for Relief from Automatic Stay (a file-stamped copy of which is attached hereto as Exhibit A OR Notice Docket Entry No. 20, if filed electronically), the Motion, and accompanying Declarations having been served upon the parties named below on July 27, 2011, and

☑ Debtor *(Name)*: Ryan Paul McCammond and Sommer Erin-Myers McCammond

☑ Debtor's Attorney *(Name)*: Gerald L. Bohart

☑ Trustee *(Name)*: Ronald E. Stadtmueller

☑ United States Trustee (in Chapter 11 & 12 cases), and

☑ Others, if any *(Name)*: Lienholder
  Wells Fargo Home Mortgage

No objection or Request for Hearing having been filed by or on behalf of the Debtor, IT IS HEREBY ORDERED as follows:

The automatic stay pursuant to 11 U.S.C. Section 362 is hereby terminated for all purposes as to Movant in connection with the estate's and the debtor's interest in

1. ☑ The following real property:

   a. Street address of the property including county and state:
      2719 East Cedar Place, Chandler, Arizona 85249

   b. Legal description is ☐ attached as Exhibit B or ☑ described below:
      SEE LEGAL DESCRIPTION ATTACHED HERETO AS EXHIBIT A AND MADE A PART HEREOF

2. ☐ The following personal property as described ☐ below or ☐ in Exhibit B attached:

   IT IS FURTHER ORDERED that *(Optional)*:

The 14 day stay provided by Bankruptcy Rule 4001 (a)(3) is waived; This Order shall be binding and effective despite any conversion of this bankruptcy case to a case under any other chapter of Title 11 of United States Code; Movant may offer and provide Debtor with information regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtor's personal liability is discharged in this bankruptcy case; This Order shall be binding as to Wells Fargo Bank, N.A., successor by merger to Wells Fargo Bank Southwest, N.A., formerly known as Wachovia Mortgage, FSB.

CSD 1162

*Signed by Judge Peter W. Bowie August 19, 2011*

Loan #

# Exhibit A

LEGAL DESCRIPTION

The following described property:

Lot 102, Riggs Ranch Meadows, according to Book 524 of Maps, Page 18, Records of Maricopa County, Arizona.

Assessor's Parcel No:    30355327 2

*Signed by Judge Peter W. Bowie August 19, 2011*